UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date:__June 8, 2006_____

To: Judge ..........................         ATTN: () CIVIL
     U.S. Court of Appeals
     1200 Sixth Ave, 21st Floor         () CRIMINAL
     Seattle, WA 98101
                                (XX)JUDGE

From:  Dan Maus
       U.S. District Court
       222 W. 7th Ave., #4
       Anchorage, AK 99513

DC No:__3:03-cv-00265-JKS_____   Appeal No:__05-35511_____

Short title:__HART v.  PROGRESSIVE CASUALTY_____
Composition of Record

Clerk's Files in_4__volumes  (X) original    () certified copy

      Bulky docs._____volumes, docket #_____
                   (folders)

Reporter's   in _____ volumes    () original    ()certified copy
Transcripts

Exhibits:    in _____ envelopes  () under seal

         in _____ boxes     () under seal

Other:__**NOTE: Certified copy of ACMS and ECF dockets enclosed**_____

Acknowledgement:_____ Date:_____
"record.app" [11/21/97]

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date:  June 8, 2006

To: Judge ...........................          ATTN: () CIVIL
    U.S. Court of Appeals
    1200 Sixth Ave, 21st Floor              () CRIMINAL
    Seattle, WA 98101
                                            (XX)JUDGE

From:  Dan Maus
       U.S. District Court
       222 W. 7th Ave., #4
       Anchorage, AK 99513

DC No:  3:03-cv-00265-JKS          Appeal No:  05-35511

Short title:  HART v.  PROGRESSIVE CASUALTY
                        Composition of Record

Clerk's Files in 4   volumes  (X) original    () certified copy

        Bulky docs.        volumes, docket #
                                (folders)

Reporter's   in          volumes    () original    ()certified copy
Transcripts

Exhibits:    in            envelopes  () under seal

             in            boxes      () under seal

Other:  **NOTE: Certified copy of ACMS and ECF dockets enclosed**

Acknowledgement:                              Date:
"record.app" [11/21/97]

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date:  June 8, 2006

To: Judge ..........................          ATTN: () CIVIL
     U.S. Court of Appeals
     1200 Sixth Ave, 21st Floor          () CRIMINAL
     Seattle, WA 98101
                            (XX)JUDGE

From:  Dan Maus
       U.S. District Court
       222 W. 7th Ave., #4
       Anchorage, AK 99513

DC No:  3:03-cv-00265-JKS          Appeal No:  05-35511

Short title:  HART v.  PROGRESSIVE CASUALTY
                         Composition of Record

Clerk's Files in 4   volumes  (X) original    () certified copy

      Bulky docs.      volumes, docket #
                        (folders)

Reporter's   in       volumes      () original     ()certified copy
Transcripts

Exhibits:    in          envelopes  () under seal

       in          boxes     () under seal

Other:  **NOTE: Certified copy of ACMS and ECF dockets enclosed**

Acknowledgement:                                Date:
"record.app" [11/21/97]