# RECORDS RETURN

**RECEIVED**
SEP 22 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

DATE:   September 19, 2006

TO:   UNITED STATES DISTRICT COURT
District of Alaska (Anchorage)

FROM:   U.S. COURT OF APPEALS, NINTH CIRCUIT

BY:   Redacted

TITLE:   **Hart v. Progressive Casualty**

CA No.   05-35511          DC No.   3:03-cv-00265-JKS

RECORD(S) RETURNED TO DISTRICT COURT:

TOTAL VOLUMES: 4

4    VOL. CLERK'S FILE(S)

     VOL. REPORTER'S TRANSCRIPT(S)

**Other**:

cc: Steve Seferian, CA09Records Unit, Clerk's Office, San Francisco