UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RICHARD HART,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>PROGRESSIVE CASUALTY<br>INSURANCE COMPANY,<br><br>    Defendant - Appellee. | No. 05-35511<br>D.C. No. CV-03-00265-A-JKS<br><br>**RECEIVED**<br>SEP 2 1 2006<br>JUDGMENT CLERK, U.S. DISTRICT COURT<br>ANCHORAGE, ALASKA |

Appeal from the United States District Court for the District of Alaska (Anchorage).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Anchorage) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered Thursday, August 24, 2006

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
SEP 1 5 2006
by: [signature]
Deputy Clerk